UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

MICHAEL LOCKLEAR,

        Petitioner,         Case No. 1:09cv924

v.         Hon. Robert J. Jonker

MARY K. BERGHUIS,

        Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on January 31, 2013. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 31, 2013, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that petitioner's habeas petition is DENIED. Rule 8, Rules Governing § 2254 Cases in the United States District Courts.

                                      /s/ Robert J. Jonker
                                      ROBERT J. JONKER
                                      UNITED STATES DISTRICT JUDGE

DATED: February 26, 2013.